IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEAN THOMPSON**                                                                                              **PLAINTIFF**
**ADC #198906**

v.                                    Case No. 4:25-cv-00024-KGB

**C. WATKINS,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

When plaintiff Dean Thompson filed this lawsuit, he was in custody at the Faulkner County Detention Center ("FCDC") (Dkt. No. 1). On January 31, 2025, February 5, 2025, and March 5, 2025, mail to Mr. Thompson at the FCDC was returned undeliverable (Dkt. Nos. 3; 4; 6). As a result, on March 6, 2025, the Court entered a show cause Order to require Mr. Thompson to inform the Court of his current contact information within 30 days of entry of the Order (Dkt. No. 7). The Court notified Mr. Thompson that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. The March 6, 2025, show cause Order was returned to the Court undeliverable (Dkt. No. 8). As of the date of this Order, Mr. Thompson has not complied with or otherwise responded to the Court's March 6, 2025, show cause Order, and the time for doing so has passed. Accordingly, Mr. Thompson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1), and the pending Proposed Findings and Recommendations are denied as moot (Dkt. No. 5). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 8th day of April, 2025.

                                                                                           _____  
                                                                                           Kristine G. Baker  
                                                                                          Chief United States District Judge